Orders.

WALTER A. MCPHERSON *vs.* CIVIL SERVICE COMMISSION & another. Reported below: 43 Mass. App. Ct. 1119 (1997).

PAUL V. OLSON & others *vs.* TELESECTOR RESOURCES GROUPS, INC., & others. Reported below: 43 Mass. App. Ct. 1114 (1997).

BEVERLY PAGE *vs.* BELLE ISLE LIMITED PARTNERSHIP. Reported below as BEVERLY PAGE *vs.* EDWARD G. LEROUX, JR., & others: 43 Mass. App. Ct. 708 (1997).

AUDREY STRONACH & another *vs.* TIMOTHY STRONACH & others. Reported below: 43 Mass. App. Ct. 1116 (1997).

RAYMOND C. TORPEY, trustee, *vs.* VICTOR A. PALUMBO, JR., individually & as trustee. Reported below: 43 Mass. App. Ct. 1116 (1997).

TUITE & SONS, INC., & another *vs.* SHAWMUT BANK, N.A. Reported below: 43 Mass. App. Ct. 751 (1997).

CHARLES F. TYNAN, JR., & another *vs.* MARK D. NELSON. Reported below: 43 Mass. App. Ct. 738 (1997).

JOHN VOTTA *vs.* ZONING BOARD OF APPEALS OF LOWELL. Reported below: 43 Mass. App. Ct. 1118 (1997).

EDWARD WOYTASZEK & another *vs.* BUSINESS ADVISORY & MANAGEMENT SERVICES, INC. Reported below: 43 Mass. App. Ct. 1118 (1997).

December 30, 1997

*Further appellate review granted:*

WILLIAM J. CLEARY, JR. *vs.* ROBERT B. CLEARY. Reported below: 43 Mass. App. Ct. 1112 (1997).

COMMONWEALTH *vs.* MARTHA JEAN EAKIN (and a companion case). Reported below: 43 Mass. App. Ct. 693 (1997).

COMMONWEALTH *vs.* JOHN M. HALLET. Reported below: 43 Mass. App. Ct. 1116 (1997).

COMMONWEALTH *vs.* DAVID PARE. Reported below: 43 Mass. App. Ct. 566 (1997).

*Further appellate review denied:*

ALLSTATE INSURANCE COMPANY *vs.* AMY REYNOLDS. Reported below: 43 Mass. App. Ct. 927 (1997).

COMMONWEALTH *vs.* DARRELL ENGRAM. Reported below: 43 Mass. App. Ct. 804 (1997).

COMMONWEALTH *vs.* ARLENE T. FEODOROFF (No. 1). Reported below: 43 Mass. App. Ct. 725 (1997).

COMMONWEALTH *vs.* ARLENE T. FEODOROFF (No. 2). Reported below: 43 Mass. App. Ct. 725 (1997).

COMMONWEALTH *vs.* MARIO GOMEZ. Reported below: 43 Mass. App. Ct. 1119 (1997).

COMMONWEALTH *vs.* CONRAD JAMES. Reported below: 43 Mass. App. Ct. 1116 (1997).

COMMONWEALTH *vs.* DONALD R. MAYLOTT. Reported below: 43 Mass. App. Ct. 516 (1997).

COMMONWEALTH *vs.* MICHAEL J. RUEL. Reported below: 43 Mass. App. Ct. 1118 (1997).

COMMONWEALTH *vs.* JAMES SOUZA (and a companion case). Reported below as COMMONWEALTH *vs.* CHARLES K. STANFORD (and three companion cases): 43 Mass. App. Ct. 1116 (1997).

COMMONWEALTH *vs.* ORLANDO VELEZ. Reported below: 43 Mass. App. Ct. 1118 (1997).

THE DOW COMPANY, INC. *vs.* GAFFNY CORPORATION CONTRACTORS. Reported below: 43 Mass. App. Ct. 1115 (1997).

LEXINGTON SAVINGS BANK *vs.* CON-REL, INC., & others. Reported below: 43 Mass. App. Ct. 1118 (1997).

JUDY SOLMAN vs. MASSACHUSETTS HOME INSPECTION BUREAU, INC. Reported below: 43 Mass. App. Ct. 1121 (1997).

January 26, 1998

*Further appellate review denied:*

ADOPTION OF CAMILLE & another. Reported below: 44 Mass. App. Ct. 1106 (1997).

ADOPTION OF VERA & another. Reported below: 44 Mass. App. Ct. 1104 (1997).

ADOPTION OF WILLIAM. Reported below: 44 Mass. App. Ct. 1104 (1997).

PAULA CAPPELLO vs. HMM ASSOCIATES, INC., & others. Reported below: 44 Mass. App. Ct. 1102 (1997).

COMMONWEALTH vs. ROBERT BROOKS. Reported below: 44 Mass. App. Ct. 1105 (1997).

COMMONWEALTH vs. JOSEPH J. CEBULA. Reported below: 44 Mass. App. Ct. 1104 (1997).

COMMONWEALTH vs. JOHN F. COYNE. Reported below: 44 Mass. App. Ct. 1 (1997).

COMMONWEALTH vs. MICHAEL T. COYNE. Reported below as COMMONWEALTH vs. JOHN F. COYNE (and two companion cases): 44 Mass. App. Ct. 1 (1997).

COMMONWEALTH vs. RUSSELL FLACK. Reported below: 44 Mass. App. Ct. 1105 (1997).

COMMONWEALTH vs. THERON N. FULGHAM. Reported below: 44 Mass. App. Ct. 1103 (1997).

COMMONWEALTH vs. JOSEPH W. GHELLA. Reported below: 44 Mass. App. Ct. 1103 (1997).

COMMONWEALTH vs. DOUGLAS HALL. Reported below as COMMONWEALTH vs. JOHN F. COYNE (and two companion cases): 44 Mass. App. Ct. 1 (1997).

COMMONWEALTH vs. RONNIE L. HENDRICKS, JR. (and three companion cases). Reported below: 44 Mass. App. Ct. 1102 (1997).

COMMONWEALTH vs. KURT L. HUENEFELD. Reported below: 44 Mass. App. Ct. 1101 (1997).

COMMONWEALTH vs. TEHMAR A. LEWIS. Reported below: 44 Mass. App. Ct. 1106 (1997).

COMMONWEALTH vs. JAMES R. McCULLOUGH. Reported below: 44 Mass. App. Ct. 1104 (1997).

COMMONWEALTH vs. ALLEN ERIC MOTLEY. Reported below: 44 Mass. App. Ct. 1103 (1997).

COMMONWEALTH vs. HECTOR S. MUNOZ. Reported below: 44 Mass. App. Ct. 1103 (1997).

COMMONWEALTH vs. RAFAEL TULIO NOLASCO. Reported below: 43 Mass. App. Ct. 1117 (1997).

COMMONWEALTH vs. SAMSON A. OMOSEFUNMI. Reported below: 44 Mass. App. Ct. 1103 (1997).

COMMONWEALTH vs. FRANCISCO PEPO. Reported below: 44 Mass. App. Ct. 1102 (1997).

COMMONWEALTH vs. MICHAEL T. ROSSMAN. Reported below: 44 Mass. App. Ct. 1103 (1997).

COMMONWEALTH vs. FRANK SALIM. Reported below: 44 Mass. App. Ct. 1107 (1997).

COMMONWEALTH vs. DENNIS SMITH. Reported below: 44 Mass. App. Ct. 1102 (1997).

COMMONWEALTH vs. GLEN ST. HILAIRE. Reported below: 43 Mass. App. Ct. 743 (1997).

COMMONWEALTH vs. RICHARD WILLIAMS. Reported below: 43 Mass. App. Ct. 1120 (1997).

COMMONWEALTH vs. TARIS WILSON. Reported below: 44 Mass. App. Ct. 1105 (1997).

WILLIAM F. CRANMORE, individually and as trustee, vs. BARRY GREENE & others. Reported below: 44 Mass. App. Ct. 1102 (1997).

EDWARD HARNETT vs. CSA FINANCIAL CORP. & another. Reported below: 44 Mass. App. Ct. 1101 (1997). MME. JUSTICE MARSHALL did not participate.